PAUL R. KLEINBERG, ETC., PLAINTIFF-RESPONDENT, v. ARTHUR SCHWARTZ, *ET AL.*, DEFENDANTS, AND CHARLES SCHWARTZ, DEFENDANT-APPELLANT.

Argued October 13, 1965—Decided November 8, 1965.

*Mr. Howard T. Rosen* argued the cause for the appellant (*Messrs. Clapp & Eisenberg*, attorneys; *Mr. Jerome C. Eisenberg* and *Mr. Arnold K. Mytelka*, on the brief).

*Mr. Jack L. Cohen* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Kilkenny in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.